

Richard Ray Blankenship
[c/o FCI Terminal Island
P.O. Box 3007
San Pedro, 90731]
California

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>Richard Ray Blankenship, in esse<br>One of the people of the state of Alaska,<br>united States of America, | Incorporate Escrow<br>Account/Case<br>Number A02-0054-01-CR (JWS) |
|         Petitioner, | |
|   vs. | |
| Timothy M. Burgess, in esse D/B/A/<br>UNITED STATES ATTORNEY and for<br>the UNITED STATES DISTRICT COURT,<br>DISTRICT OF ALASKA,<br>Representing the<br>UNITED STATES OF AMERICA, | AFFIDAVIT OF DENIAL<br><br>OF CORPORATE EXISTENCE |
| Ida Romack, in esse d/b/a/<br>CLERK OF THE COURT,<br>DISTRICT OF ALASKA, | |
| Audrey J. Renschen, in esse d/b/a<br>ASSISTANT UNITED STATES ATTORNEY,<br>for the COURT, and all Magistrates,<br>in esse, Participating in Equity<br>causes of action, | |
|         Respondent(s).<br>_____/ | |

State of California   )
                      ) Scilicet
Los Angeles County  )

    I, Richard Ray Blankenship, hereinafter, a living breathing man, declare in writing that the following facts are true and correct to the best of my knowledge and belief:

I conditionally accept the United States exists as a corporate fiction and that upon proof of claim it has jurisdiction over Richard Ray Blankenship by contract or that the UNITED STATES may be an injured party by the actions of Richard Ray Blankenship.

I hereby deny that the following corporations exist as living breathing human beings having or maintaining the right to sue me as a natural human being, or have contracted with representative parties named for the purpose of bringing action against a natural man: UNITED STATES, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, UNITED STATE'S FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT AGENCY, FEDERAL BUREAU OF PRISONS, ALL BAR ASSOCIATIONS, THE UNITED STATES DISTRICT COURT, DISTRICT OF SOUTHERN CALIFORNIA, ALL JUDGES, MAGISTRATES, PROSECUTORS, ALL UNITED STATES ATTORNEYS AND ASSISTANT UNITED STATES ATTORNEYS, CLERKS AND OTHER OFFICIALS, THE STATE OF ALASKA, THE CITY OF ANCHORAGE, ANY AND ALL OTHER CORPORATE MEMBERS WHO ARE ASSOCIATED, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS OR CLAIMS AGAINST MY NATURAL BODY, ARE FICTIONS AND I DENY THAT THEY EXIST.

Any man or woman desiring to answer this affidavit, please answer in the manner of this affidavit, with notarized affidavit, using your Christian given name for signature and mail to the below named notary, address provided within five (5) days or default will be obtained.

Made under penalties of perjury under the law of Almighty God in witness thereof.

FURTHER THIS AFFIANT SAYETH NAUGHT.

Dated: 31st day of July          *Richard Ray Blankenship*
                                 Richard Ray Blankenship, Affiant
                                 Private Man/Secured Party Creditor

On this 31st day of July, 2006 A.D., a man who identified himself as Richard Ray Blankenship the character and capacity by right personally appeared before me, a Notary Public, in and for the State of California, duly commissioned and sworn, attested to the truth of this Affidavit with his signature.

*M. Fontanez*                                                    SEAL
Notary Public, in and for Los Angeles County, California



M. FONTANEZ
Commission # 1632442
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2009