Richard Ray Blankenship
c/o FCI Terminal Island
1299 Seaside Avenue
San Pedro, CA [90731]

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Richard Ray Blankenship, in esse One of the people of the state of Alaska, united States of America, | Incorporated Escrow Account/Case Number: A02-00054-01 CR (JWS) |
| Petitioner, | AFFIDAVIT OF |
| vs. | NON CORPORATE STATUS |
| Timothy M. Burgess, in esse d/b/a UNITED STATES ATTORNEY and for the UNITED STATES DISTRICT COURT DISTRICT OF ALASKA, Representing the UNITED STATES OF AMERICA, | (Richard Ray Blankenship, in esse) |
| Ida Romack, in esse d/b/a CLERK OF THE COURT, DISTRICT OF ALASKA, | |
| Audrey J. Renschen, in esse d/b/a ASSISTANT UNITED STATES ATTORNEY, for the COURT, and all Magistrates, in esse, Participating in Equity causes of action, | |
| Respondent(s). | |

AFFIDAVIT OF NON CORPORATE STATUS

Affiant Richard-Ray: Blankenship, being of sound mind and competent to make this affidavit with personal knowledge of the information and facts contained herein, in attesting to said facts in his authorized capacity;

1. That Affiant is not a corporation created under the laws of the United States or any state of the Union States, the District of Columbia, or any territory, commonwealth or possession of the United States or a foreign state or country, public or private.

2. That Affiant is not an officer, agent, shareholder, franchise or fiduciary agent, surety, resident inhabitant or domiciled in any corporation.

3. That Affiant is not a vessel a vessel documented under Chapter 121 of Title 46, United States Code or a vessel numbered as provided in Chapter 123 of said Title.

4. That Affiant is not an enemy of the United States or any corporation created under the laws of the United States or any state of the Union states, the District of Columbia, or any territory, commonwealth or possession of the United States or a foreign state or country, public or private.

5. Any presumption that the Affiant is any of the above or documentation implying any of the above, is not the act or intention of this Affiant and any such presumption or documentation is fraudulent, illusionary, false representation of a matter of fact or a kind of artifice employed by one person to deceive another for self-serving purposes.

6. That Affiant is not a U.S. citizen pursuant to 8 USC 1401.

7. That Affiant is a U. S. National pursuant to 8 USC 1408(2).

8. The Affiant is neither affiliated with or an enemy of any public or private corporation, domestic or foreign, but is a neutral body,

9. The Affiant's name, Richard-Ray: Blankenship and location 1299 Seaside Avenue, San Pedro, California Zip Code Exempt, are particularly unique to this Affiant, although not affiliated with the "Corporate Body Politic" near the same location and it suffices as complete, necessary and sufficient identification evidencing Affiant's neutral standing (15 USC 1681b).

DEFINITIONS

10. Ens legis. The term "ens legis" means a creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law.

11. Juristic person. The term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties within a given jurisdiction; an imaginary entity, such as Debtor, i.e. RICHARD RAY BLANKENSHIP, and any and all derivatives and variations in the spelling of said name, which, on the basis of legal reasoning is legally treated as a real being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

CERTIFICATION

12. Further, I do solemnly attest that the foregoing facts contained herein are true, correct and complete, to the best of my knowledge and belief, under penalty of perjury in accordance with the laws of the United States and the Law of Nations.

Further Affiant sayeth not.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __31st__ day of July, 2006

_Richard Ray Blankenship_
Richard-Ray: Blankenship, in esse
Affiant


State of California  )
                     ) ss.
Los Angeles County   )

On this, the __31st__ day of July, 2006, before me a Notary Public, the undersigned officer, personally appeared Richard-Ray: Blankenship, known to me, or satisfactorily proven to be the being whose name is subscribed to the within instrument, and has acknowledged that he executed the same for the purpose therein contained.

In Witness Whereof, I have hereunto set my hand and Notarial Seal.

_M. Fontanez_
Notary Public

Seal



M. FONTANEZ
Commission # 1632442
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2009