# CERTIFICATE OF SERVICE

I, <u>Richard Ray Blankenship</u>, hereby certify that I have served a true and correct copy of:

AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE

AFFIDAVIT OF NON CORPORATE STATUS

AND

MEMORANDUM OF LAW
AND POINTS OF AUTHORITY
IN SUPPORT OF AFFIDAVIT OF NON CORPORATE STATUS

Which is deemed filed at the time it was delivered to prison authorities for forwarding [See Houston v. Lack, 101 L Ed 2d 245 (1998); Koch v. Ricketts, 68 F 3d 1191 (9th Cir. 1995); James v. Madison Street Jail, 122 F 3d 27 (9th Cir. 1997)], upon the defendant(s)/plaintiff(s)/respondent(s) and/or their attorney(s) of record, by hand delivering same in a sealed envelope with first-class postage prepaid and affixed thereto, and addressed to:

Timothy M. Burgess, Esq.
United States Attorney
Audrey J. Renschen, Esq.
Assistant U.S. Attorney
222 West Seventh Avenue, # 9
Anchorage, Alaska 99513-7567

to mail room personnel at Federal Correctional Institution, 1299 Seaside Avenue, Terminal Island, California, 90731, on this ____2nd____ day of ____August____, A.D. 2006.

My act of delivering the aforementioned mail to prison authorities was witnessed by: _Scott Williams_

I affirm, pursuant to Deuteronomy 19:15, that the foregoing is true and correct.

_Richard Ray Blankenship_
Richard Ray Blankenship

