UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RICHARD RAY BLANKENSHIP. | No. 06-75773 |
| RICHARD RAY BLANKENSHIP, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | D.C. No. CR-02-00054-JWS District of Alaska, Anchorage ORDER |

RECEIVED

MAR 0 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

Petitioner asserts that the district court has failed to consider submissions in reference to the above-captioned district court case. To the extent petitioner seeks review of a closed district court case, the petition for a writ of mandamus is denied. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 28 2007

by: _____
Deputy Clerk

MOATT